## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| PAUL D. BURDETTE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:23-cv-00426-MTS |
| RANDI BROWN, | ) ) ) |
| Defendant. | ) ) |

### MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. Plaintiff Paul D. Burdette has filed a civil action pursuant to 42 U.S.C. § 1983. However, he has not filed a motion for leave to proceed in forma pauperis or paid the filing fee. *See* E.D. Mo. L.R. 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis"). Plaintiff will therefore be directed to either file a motion for leave to proceed in forma pauperis or pay the full filing fee within **thirty (30) days** of the date of this order. If plaintiff moves for leave to proceed in forma pauperis, he must also provide a certified copy of his inmate account statement for the six-month period immediately preceding the filing of his complaint. Plaintiff's failure to comply with this order will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to plaintiff a copy of its motion for leave to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that plaintiff must either file a motion for leave to proceed in forma pauperis or pay the full filing fee within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff fails to either file a motion for leave to proceed in forma pauperis or pay the full filing fee within **thirty (30) days** of the date of this order, the Court will dismiss this action without prejudice and without further notice.

**IT IS FURTHER ORDERED** that if plaintiff files a motion for leave to proceed in forma pauperis, he must also provide a copy of his certified inmate account statement for the six-month period immediately preceding the filing of his complaint.

Dated this 13th day of April, 2023.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE